not ultimately prove correct but only that it is a question of fact to be determined after a trial on the issue.

The judgment is reversed and the cause remanded for a trial on the issue of damages only.

Reversed and remanded with directions.

LORENZ and SULLIVAN, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ALFREDO GONZALES, Petitioner-Appellant.

(No. 57403; )

First District (5th Division)—September 21, 1973.

PER CURIAM.

ENGLISH, J., took no part.

Paul Bradley, Deputy Defender, of Chicago, (Robert E. Davison, Assistant Appellate Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.